TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN















TEXAS COURT OF APPEALS, THIRD
DISTRICT, AT AUSTIN

 

 




 
 
 NO.  03-12-00471-CV
 
 




 

 

In re Chavela
Crain

 

 

D. H. a/k/a D. T., Appellant

 

v.

 

Texas Department of Family and Protective Services,
Appellee

 

 

 




 
 
 FROM THE 345th
 District Court OF Travis COUNTY,
 
 NO. D-1-FM-11-000099,
 
 The Honorable Scott H.
 Jenkins, JUDGE PRESIDING
 
 




 


 
 
                                          O
 R D E R   T O   S H O W  
 C A U S E
 PER CURIAM
                       This is a contempt
 proceeding ancillary to the appeal of D. H. a/k/a D. T. 
 The subject of this proceeding is court reporter Chavela Crain, who has failed to
 comply with this Court’s order to file the reporter’s record.
                       On August 9, 2012, we
 ordered Chavela Crain to file
 the record by August 20, 2012 and cautioned her that failure to
 file the record by that date could require her to show cause
 why she should not be held in contempt of court. 
                       Therefore,
 it is hereby ordered that Chavela
 Crain shall appear in person before this Court on Wednesday, September
 12, 2012, at 9:00AM, in the Third Court of Appeals courtroom, located on the
 first floor of the Price Daniel, Sr. Building, 209 West 14th Street, in
 Austin, Travis County, Texas, to show cause why she should not be held in
 contempt and have sanctions imposed for her failure to obey our August 9,
 2012 order.  This order to show
 cause will be withdrawn and Ms. Crain
 will be relieved of her obligation to appear before this Court as ordered
 above if the Clerk of the Court receives the complete reporter’s record
 before September 4, 2012.
                       It is ordered on August
 23, 2012.
  
 Before Chief Justice Jones, Justices
 Rose and Goodwin